In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00414-CR
_____

LAUREN KATHLEEN BROWN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 4
Montgomery County, Texas
Trial Cause No. 17-322873

## MEMORANDUM OPINION

Lauren Kathleen Brown, acting *pro se*, has filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on February 13, 2018
Opinion Delivered February 14, 2018
Do Not Publish

Before Kreger, Horton and Johnson, JJ.